UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Hasin Ramadan, et al.
                    Plaintiff,
v.                                              Case No.: 1:18−cv−04020
                                                Honorable Robert M. Dow Jr.
Xavier Elizondo, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 15, 2018:

MINUTE entry before the Honorable Robert M. Dow, Jr: Defendant Xavier Wlizondo's motion to stay proceedings [24] is granted in part as stated on the record in open court. Plaintiff is given leave to file an amended complaint by 9/12/2018; Defendants are given until 10/3/2018 to answer and otherwise plead; mandatory initial disclosures are due 11/2/2018. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.