**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HASIN RAMADAN and ) <br> DWIGHT GAMBLE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHICAGO POLICE SGT. XAVIER ELIZONDO, ) <br> Star No. 1340; CHICAGO POLICE OFFICER ) <br> DAVID SALGADO, Star No. 16347; and ) <br> THE CITY OF CHICAGO, ) <br> ) <br> Defendants. ) | Case No. 18-cv-4020 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Sidney I. Schenkier |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

_[signature]_
David S. Lipschultz
Attorney for Plaintiffs,
Hasin Ramadan and Dwight Gamble
Law Offices of David S. Lipschultz, Inc.
200 South Michigan Avenue, Suite 201
Chicago, Illinois 60604
(312) 414-1778
Attorney No. 6277910
DATE: 4-29-19

_[signature]_
Kenneth M. Battle
Special Assistant Corporation Counsel
Attorney for Defendant, Xavier Elizondo
O'Connor & Battle, LLP
20 South Clark, Suite 1600
Chicago, Illinois 60603
(312) 786-4607
Attorney No. 6269381
DATE: May 1, 2019

_[signature]_
Whitney Hutchinson
Special Assistant Corporation Counsel
Attorney for Defendant, David Salgado
Borkan & Scahill, Ltd.
20 South Clark, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
Attorney No. 6303571
DATE: May 1, 2019

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation
EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago

BY: _[signature]_
Steffanie Garrett
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-6959
Attorney No. 6206951
DATE: _____

_[signature]_
Helen C. O'Shaughnessy
Special Assistant Corporation Counsel
Nathan & Kamionski LLP
33 West Monroe, Suite 1830
Chicago, Illinois 60604
(312) 612-1079
Attorney No. 6292881
DATE: 5/10/19